UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Milagros Cruz Aviles et al          CIVIL NO. 98-1307 (DRD)

v.

Defendant(s) Bella Vista Hosp., dac. et al

| MOTION | ORDER |
|---|---|
| Docket entry no. 28 | ☑ GRANTED. |
| Date: Jan 08, 2000 | ☐ DENIED. |
| Title: Motion requesting leave to amend the Amended Complaint | ☐ MOOT. |
| | ☐ NOTED. |

RECEIVED AND FILED
00 MAR -1 AM 9:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 2/29/2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE