UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Milagros Cruz Aviles et al      CIVIL NO. 98-1307 (DRD)

v.

Defendant(s) Bella Vista Hosp., Inc et al

*RECEIVED AND FILED 00 MAR -2 AM 9:14 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN P.R.*

| MOTION | ORDER |
|---|---|
| Docket entry no. 29 | ☒ GRANTED. |
| Date: Jan 08, 2000 | ☐ DENIED. |
| Title: motion requesting additional time to file supporting documents. | ☒ MOOT. |
| | ☐ NOTED. |
| See docket no. 30. | |

Date: 2/29/2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

33