## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
## BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**              DATE: March 23, 2000

**CIVIL NO. 98-1307 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

===============================================================

| | | |
|---|---|---|
| MILAGROS CRUZ AVILES | Attorneys: | Glenn James Hernández |
| Plaintiff | | |
| v. | | |
| BELLA VISTA HOSPITAL et al | | Dennis Cruz Pérez |
| Defendants | | |

===============================================================

PRETRIAL CONFERENCE was scheduled for today. Counsel for Plaintiff advised the Court that he does not have an expert on medical malpractice but that such an expert is not necessary to prove a claim for lack of informed consent. According to Plaintiff, in a claim for lack of informed consent Plaintiff does not need to prove medical negligence aside from the lack of informed consent.

The Court expressed its concern with Plaintiff's interpretation of the doctrine of informed consent and advised both parties to study the question further. The Court further advised the parties to continue exploring settlement possibilities, especially given the reasonableness of Plaintiff's settlement demand.

The parties are granted thirty (30) days to inform the Court whether settlement has been reached. If settlement is not reached, Defendant has those same thirty (30) days to prepare a petition for certification of the question at hand to Puerto Rico's Supreme Court. Defendant must convince the Court that certification is necessary because the question of law is unresolved. Thereafter, Plaintiff is granted twenty (20) to oppose Defendant's petition.

36

Further status/scheduling conference is scheduled for June 7, 2000, at 4:00 p.m. Of course, if settlement is reached before then, the parties should advise the Court and petition for a judgment.

_____
LAW CLERK

s/c: Counsel of record

N:\MINUTES\98-1307.MEM