# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
## BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**               DATE: June 7, 2000

**CIVIL NO. 98-1307 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

===============================================================

| | | |
|---|---|---|
| MILAGROS CRUZ AVILES | Attorneys: | Glenn James Hernández |
| Plaintiff | | |
| v. | | |
| BELLA VISTA HOSPITAL et al | | Dennis Cruz Pérez |
| Defendants | | |

===============================================================

FURTHER STATUS CONFERENCE was held today. Counsel for both parties advised the Court that no settlement has been reached. Counsel for Defendant informed that no settlement offer will be made until the Court resolves the question of law whether negligence must be proved in a lack of informed consent cause of action.

_____
LAW CLERK

s/c: Counsel of record

N:\MINUTES\98-1307B.MEM