# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MILAGROS CRUZ AVILES, et al.,
    v.
BELLA VISTA HOSPITAL, INC., et al.

CASE NUMBER: 98-1307 (DRD)

## ORDER

Pending before the Court are motions, Docket Nos. 40, 41, 45, 49, 50, 51, 56, 59, 61 and 66. The Court rules as follows:

**Docket No. 40:**
Plaintiffs' Motion for Extension of Time to File Opposition to the Motion Requesting Dismissal of Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED/MOOT**.

**Docket No. 41:**
Plaintiffs' Motion for Extension of Time to File Opposition to the Motion Requesting a Petition for Certification of Issue of Law and/or The Motion in Compliance with Court Order is **GRANTED/MOOT**.

**Docket No. 45:**
Plaintiffs' Motion Requesting Extension of Time to File Supporting Documents is **GRANTED/MOOT**.

**Docket No. 49:**
Plaintiffs' Motion Requesting Extension of Time to File Supporting Documents is **GRANTED/MOOT**.

**Docket No. 50:**
Plaintiffs' request for leave in order to reply is **GRANTED/MOOT**.

**Docket No. 51:**
Plaintiffs' Motion for Extension of Time to File Plaintiffs' Replication to Defendants' Reply is **GRANTED/MOOT**.

**Docket No. 56:**
Plaintiffs' Motion for Extension of Time to File Opposition to Defendants' Motion



70

in Limine is **GRANTED/MOOT**.

**Docket No. 59:**
  Plaintiffs' Motion for Extension of Time to File Opposition to Defendants' Motion in Limine is **GRANTED/MOOT**.

**Docket No. 61:**
  Plaintiffs' Request for Extension to File Documents in Spanish is **GRANTED/MOOT**.

**Docket No. 66:**
  On October 16, 2000, defendants filed a motion requesting an extension of time to file a reply to plaintiffs' Motion in Limine (Docket No. 63) and Motion to Strike (Docket No. 64). Defendants' motion is **GRANTED**. The reply must be filed by **November 14, 2000**. No further extensions shall be granted.

**STATUS/SCHEDULING CONFERENCE:**

  **BY ORDER OF THE COURT**, the parties are advised that a STATUS/SCHEDULING CONFERENCE is set for **November 21, 2000 at 2:00 p.m.** before Honorable Daniel R. Dominguez.

**IT IS SO ORDERED.**

November 14, 2000.

_____
**DANIEL R. DOMINGUEZ**
**U.S. District Judge**