# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
## BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                      DATE: November 22, 2000
**CIVIL NO. 98-1307 (DRD)**

===========================================================================

| | | |
|---|---|---|
| MILAGROS CRUZ AVILES | <u>Attorneys</u>: | Glenn James Hernández |
|    Plaintiff | | |
| v. | | |
| BELLA VISTA HOSPITAL et al | | Dennis Cruz Pérez |
|    Defendants | | |

===========================================================================

     A SETTLEMENT CONFERENCE was held today. Counsel for both parties advised the Court as to the status of the case. Although the parties have been conducting serious settlement negotiations no settlement has been reached. At the parties request, the Court **GRANTED** the parties an additional ten (10) days to attempt to settle this case. Therefore, the Court shall hold a Final Settlement Conference on **December 15, 2000 at 2:00 p.m.**

                                                             */s/*

                                                **DANIEL R. DOMINGUEZ**
s/c: Counsel of record                                 **U.S. District Judge**

P:\MINUTES\98-1307C.MEM