IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MILAGROS CRUZ AVILES, et al.,**

v.   **CASE NUMBER: 98-1307 (DRD)**

**BELLA VISTA HOSPITAL, INC., et al..**

## ORDER

On December 20, 2000, the parties filed a Stipulation for Dismissal of Action with Prejudice. In the motion the parties request the dismissal of the above captioned case with prejudice and in addition, state that the parties agree that the Court will retain jurisdiction to enforce the settlement agreement. Therefore, pursuant to the stipulation and FED. R. CIV. P. 41(a)(1)(ii), the Court hereby **DISMISSES** all claims by plaintiffs against defendants **WITH PREJUDICE**, each party bearing its own costs and attorneys' fees. The Court retains jurisdiction for compliance with the substantive terms of the underlying settlement agreement. Judgment shall be entered accordingly.

**IT IS SO ORDERED.**

Date: December, 20 2000.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

RECEIVED AND FILED
00 DEC 26 AM 8: 40
CLERK'S OFFICE
SAN JUAN, PR