IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MILAGROS CRUZ AVILES, et al.,

v.  CASE NUMBER: 98-1307 (DRD)

BELLA VISTA HOSPITAL, INC., et al..

## JUDGMENT

In accordance with the order issued by the Court on this same date and pursuant to FED. R. CIV. P. 41(a)(1)(ii), the Court hereby **DISMISSES** all claims by plaintiffs against defendants **WITH PREJUDICE**, each party bearing its own costs and attorneys' fees. The Court retains jurisdiction for compliance with the substantive terms of the underlying settlement agreement.

**IT IS SO ORDERED.**

Date: December, _____ 2000.  DANIEL R. DOMINGUEZ

RECEIVED AND FILED
00 DEC 26 AM 8:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR